UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE CO., <br><br> Plaintiff(s), <br><br> v. <br><br> DANA LYNAE MCCORMICK, et al., <br><br> Defendant(s). | No. C05-2175 BZ <br><br> **ORDER** |

Plaintiff is **HEREBY ORDERED** to refile its complaint and comply with Civil Local Rule 3-17(a)(2).  In the interim, the complaint and all other documents mentioning the minor defendants by name are sealed.

Dated: August 10, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GREAT AMERICAN\ORDER.wpd

1