1626.1035lw

1  RANDALL E. WILLOUGHBY - 43177
   WILLOUGHBY, STUART & BENING, INC.
2  50 W. San Fernando St., Suite 400
   San Jose, California 95113
3  (408) 289-1972
   Facsimile: (408) 295-6375
4
   Attorneys for Defendant
5  Dana Lynae McCormick

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY, | No. C05-2175 BZ |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| DANA LYNAE MCCORMICK; MICHAEL M. BENGE, an individual; HBB, a minor, HAB, a minor, MAB, a minor, by and through their guardian ad litem, MICHAEL M. BENGE; CARLOS BETTENCOURT, an individual; and THERESE DOVOVAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and Between Plaintiff GREAT AMERICAN ASSURANCE COMPANY and Defendant, DANA LYNAE MCCORMICK, by and through their respective attorneys, that Defendant, DANA LYNAE MCCORMICK, shall have until September 8, 2005 to answer or otherwise respond to Plaintiff's Complaint.

DATED: ~~August~~ Sept 2, 2005        WILLOUGHBY, STUART & BENING

                                       By: /s/ Randall E. Willoughby
                                       RANDALL E. WILLOUGHBY
                                       Attorneys for Defendant, Dana Lynae
                                       McCormick

---

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C05-2175 BZ

1
2
3   DATED: August 2?, 2005         MURCHISON & CUMMING
4
                                   By: _____
                                        BRYAN M. WEISS
                                   Attorneys for Plaintiff, Great American
                                   Assurance Company
5
6
7
8   | Sept. 09, 2005 |
9
10
11



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C05-2175 BZ